IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SAFETY NATIONAL CASUALTY<br>INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:04CV00619 |
| CITY OF BURLINGTON; KEY RISK<br>MANAGEMENT SERVICES, INC.;<br>COREGIS INSURANCE COMPANY;<br>JOHN JUNIOR WILLIAMS AND<br>JOAN WILLIAMS. | ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

BEATY, District Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, the Court in its discretion declines to exercise jurisdiction over this declaratory judgment action brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201. Therefore, all of the pending claims, cross-claims, and counterclaims in this case will be DISMISSED WITHOUT PREJUDICE.

This, the 17th day of February, 2006.

_____
United States District Judge